# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1321
_____

QUINCY WILLIAMS,

    Petitioner,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


May 16, 2024


PER CURIAM.

    The Court denies the petition for writ of certiorari on the merits.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Quincy Williams, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.